IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL ZUCARO, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CIVIL ACTION NO.: |
| | *   1:16-CV-89 |
| ANAND PATEL, RAMAN PATEL, | * |
| and GULF COAST MANAGEMENT | * |
| COMPANY, LLC | * |
| | |
| Defendants. | |

### FIRST AMENDED COMPLAINT

COMES NOW, Michael Zucaro, a Nevada resident ("Plaintiff" or "Zucaro"), and files this complaint against the Defendants Anand Patel, Raman Patel, and Gulf Coast Management Company, LLC seeking money damages on account of their breach of contract and breach of personal guaranties on a defaulted debt. In support thereof, Zucaro respectfully shows this Court as follows:

### INTRODUCTION

1. This lawsuit arises from several Promissory Notes and Security Agreements (the "Loans") executed by Defendants Gulf Coast Management Company, LLC, Anand Patel, and Raman Patel in favor of the Plaintiff over a period of several years.

2. Through the Loans, Defendants Gulf Coast Management Company, LLC, Anand Patel, and Raman Patel promised to pay Mr. Zucaro the principal

amounts set forth in each Note, together with interest at the rates provided in the Notes, along with all other fees, charges and amounts as provided or disclosed in the Notes' terms (the "Indebtedness").

3. Payment of the Indebtedness was further and unconditionally reaffirmed and guaranteed through personal and unlimited Continuing Guaranties ("Continuing Guaranty(ies)"), which were each individually executed in favor of Mr. Zucaro on July 11, 2014 by Raman Patel and Anand Patel (the "Guarantors").

4. The Continuing Guaranties were given as consideration for an additional $200,000 loan from Mr. Zucaro to the Defendants made on July 11, 2014.

5. The July 11, 2014 Note fully matured on July 11, 2015.

6. Defendants Gulf Coast Management Company, LLC, Anand Patel, and Raman Patel defaulted on the Indebtedness on or around July 11, 2015 by failing to make payment under the terms of the Notes as such payment became due.

7. Neither Defendant Gulf Coast Management Company, LLC nor the Defendants Anand Patel and Raman Patel have fulfilled their obligations to Mr. Zucaro regarding the Indebtedness.

8. Pursuant to the terms of the Notes, Mr. Zucaro demanded payment of all sums owed under the Notes on September 28, 2015, and provided Defendants

Gulf Coast Management Company, LLC, Anand Patel, and Raman Patel with notice thereof (the "Notice of Default and Demand for Payment").

## JURISDICTION AND VENUE

9. Mr. Zucaro adopts and re-alleges Paragraphs 1-8, above.

10. Plaintiff Zucaro is an individual citizen and resident of the state of Nevada. Zucaro is the holder of the Indebtedness and Continuing Guaranties described in this Complaint.

11. Defendant Raman H. Patel ("R. Patel") is a citizen of the State of Alabama, and on information and belief resides in Mobile County, Alabama.

12. Defendant Anand Patel ("A. Patel") is a citizen of the State of Alabama, and on information and belief resides in Mobile County, Alabama.

13. Defendant Gulf Coast Management Company, LLC ("GCMC") is an Alabama domestic limited liability company. Upon information and belief, Defendant Raman H. Patel is the only member of GCMC. Defendant Raman H. Patel is a citizen of the State of Alabama, and on information and belief resides in Mobile County, Alabama. Therefore, for diversity purposes, GCMC is a citizen of the state of Alabama.

14. This Court has personal jurisdiction over each of the Defendants as each is a citizen of the State of Alabama.

15. This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332 as the Plaintiff and the Defendants have complete diversity of citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs.

16. Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b) as this is a judicial district in which all Defendants either reside, or maintain their principal place of business. Further, the loans and personal guaranties made the subject of this complaint were executed in Mobile, Alabama and the agreement between the parties contains a venue selection clause designating the Southern District of Alabama as the proper venue for any action arising out of the agreement.

## STATEMENT OF FACTS

17. Mr. Zucaro adopts and re-alleges Paragraphs 1-16, above.

18. On or about July 11, 2014, Defendants Anand Patel, Raman Patel, and Gulf Coast Management Company, LLC (each and collectively, the "Borrower") executed a Loan Agreement and Promissory Note (hereinafter the "July 11, 2014 Note") with Michael Zucaro in the principal amount of $200,000. A true and correct copy of the July 11, 2014 Note is attached hereto as Exhibit A and incorporated here by reference.

19. Among other things, the July 11, 2014 Note requires installment payments of Three Thousand and 00/100 Dollars ($3,000) per month.

20. The July 11, 2014 Note fully matured on July 11, 2015.

21. Defendants defaulted on the July 11, 2014 Note on July 11, 2015 by failing to make payment when due and owing.

22. As of the making of this Complaint, the Note is in default for nonpayment.

23. As part of the July 11, 2014 Note and in order to secure the Indebtedness evidenced by the July 14, 2014 Note, Anand Patel and Raman Patel (each and collectively the "Guarantor(s)") each executed an acknowledgement and personal guaranty of the full amount of all debts owing from Gulf Coast Management Company, LLC to Michael Zucaro ("Lender") in the principal amount of $650,000. Ex. A at ¶ 7.

24. By correspondence dated September 28, 2015 (the "Notice of Default and Demand for Payment"), Zucaro gave notice of default to the Defendants on account of the monetary default for failure to make payments referenced herein. A true and correct copy of the Notice of Default and Demand for Payment is attached hereto as Exhibit B and incorporated here by reference.

25. The Notice of Default and Demand for Payment gave the Guarantors thirty (30) days to pay the full amount of the Indebtedness. Defendants have failed

to comply with the terms of their personal guaranties and pay the Indebtedness owed to Mr. Zucaro.

26. As of the filing of this complaint, the balance due under the Notes and the guaranty included in the July 11, 2014 Note includes $650,000 in principal, plus interest, costs, and fees. Interest and attorneys' fees continue to accrue.

### COUNT I – DEFAULT AND BREACH OF PERSONAL GUARANTY AGAINST RAMAN H. PATEL AND ANAND PATEL

27. The Plaintiff, Zucaro, adopts and re-alleges each and every allegation set forth above, as if set forth fully herein.

28. The Continuing Guaranty executed by Raman Patel and Anand Patel constitutes a valid and binding contract between Mr. Zucaro and the Guarantors relating to the Indebtedness of Defendant Gulf Coast Management Company, LLC.

29. While Mr. Zucaro has fully performed his obligations, the Guarantors have breached the terms of the Continuing Guaranty by failing to satisfy their obligations relating to the Indebtedness of Defendant Gulf Coast Management Company, LLC and Defendants Anand Patel and Raman Patel after such obligations came due and owing.

30. Mr. Zucaro has been damaged by the Guarantors' nonperformance under the Continuing Guaranty.

31. The Plaintiff, Zucaro, claims the sum of $650,000 in principal, plus interest, costs, and fees from Defendants Anand Patel and Raman H. Patel as a

consequence of their failure to satisfy the debt they personally guaranteed following the Borrower's default on the Loan.

WHEREFORE, Mr. Zucaro demands judgment against Defendants Raman Patel and Anand Patel in an amount to be calculated as of the date of entering judgment, to include all unpaid principal, accrued interest, late fees, attorneys' fees, expenses, and costs of court, and any other amount called for under the terms of the Continuing Guaranty.

### COUNT II – BREACH OF CONTRACT AGAINST GULF COAST MANAGEMENT COMPANY, LLC

32. The Plaintiff, Zucaro, adopts and re-alleges each and every allegation set forth above, as if set forth fully herein.

33. The July 11, 2014 Note executed by Anand Patel as Managing Member of Gulf Coast Management Company, LLC and by Anand Patel and Raman Patel individually is a valid and binding contract between Mr. Zucaro and the Defendants.

34. While Mr. Zucaro has fully performed his obligations, Defendant Gulf Coast Management Company, LLC has breached the terms of the July 11, 2014 Note by failing to make payment when due and owing.

35. Mr. Zucaro has been damaged by Gulf Coast Management Company, LLC's nonperformance under the July 11, 2014 Note.

PD.18941956.1

36. The Plaintiff, Zucaro, claims the sum of $650,000 in principal plus interest, costs, and fees from Defendant Gulf Coast Management Company, LLC as a consequence of its failure to make payments when due and owing.

WHEREFORE, Mr. Zucaro demands judgment against Defendant Gulf Coast Management Company, LLC in an amount to be calculated as of the date of entering judgment, to include all unpaid principal, accrued interest, late fees, attorneys' fees, expenses, and costs of court, and any other amount called for under the terms of the guaranties included in the July 11, 2014 Note.

Respectfully Submitted,

**MICHAEL ZUCARO**

By His Attorneys,

*/s/ Danielle Mashburn-Myrick*
RICHARD B. JOHNSON
I. DANIELLE MASHBURN-MYRICK

OF COUNSEL:

PHELPS DUNBAR LLP
101 Dauphin Street
Suite 1000
Post Office Box 2727
Mobile, AL   36652
(251) 432-4481
(251) 433-1820
richard.johnson@phelps.com
danielle.mashburn-myrick@phelps.com

THE DEFENDANTS MAY BE SERVED BY PROCESS SERVER AT:

- 9 -

Raman H. Patel
6401 Canebrake Road
Mobile, AL 36695

Raman H. Patel
1610 S. Main Street
Atmore, AL 36502-3560

Raman H. Patel
3960 Wimbledon Park
Mobile, AL 36608

Raman H. Patel
1851 St. Stephens Road
Mobile, AL 36617

Anand Patel
6401 Canebrake Road
Mobile, AL 36695

Anand Patel
1115 Douglas Avenue
Brewton, AL 36426

Anand Patel
3960 Wimbledon Park
Mobile, AL 36608

Anand Patel
1851 St. Stephens Road
Mobile, AL 36617

Gulf Coast Management Company, LLC
1320 Industrial Parkway
Saraland, AL 36571

Gulf Coast Management Company, LLC
611 South Boulevard
Brewton, AL 36426

- 10 -